**DORAL II CONDOMINIUM
ASSOCIATION,
Appellee,**

**v.**

**PENNSYLVANIA HUMAN
RELATIONS COMMISSION,
Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

Nancy L. Gippert, Lisa Jo Fanelli-Greer, Elisabeth S. Shuster, Harrisburg, for Pennsylvania Human Relations Commission.

Terry L. McCallum, Philadelphia, for Doral II Condominium Association.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

Justices NIGRO and SAYLOR dissent.